UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANN PAVONI, Individually; PAMELA JOYCE MOYET, Individually; FRED ARTHUR SCHEID, Individually; BOBBY LYNN COATS, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER GROUP LLC and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. CV11-10513-RGK (SPx)<br><br>[PROPOSED] JUDGMENT GRANTING CHRYSLER GROUP LLC'S MOTION FOR SUMMARY JUDGMENT |

Based upon the motion, and good cause appearing therefor:

IT IS HEREBY ORDERED that Defendant Chrysler Group LLC's motion for summary judgment is GRANTED.

Dated: JAN 1 0 2013

R. GARY KLAUSNER
United States District Judge