| | |
|---|---|
| 1 | Brendan P. Glackin (Bar No. 199643) |
| | *bglackin@lchb.com* |
| 2 | Todd A. Walburg (Bar No. 213063) |
| | *twalburg@lchb.com* |
| 3 | Jordan Elias (Bar No. 228731) |
| | *jelias@lchb.com* |
| 4 | Kevin R. Budner (Bar No. 287271) |
| | *kbudner@lchb.com* |
| 5 | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| 6 | 275 Battery Street, 29th Floor |
| 7 | San Francisco, CA 94111 |
| | Telephone: (415) 956-1000 |
| 8 | Facsimile: (415) 956-1008 |

Attorneys for Plaintiffs
KAREN ANN PAVONI,
PAMELA JOYCE MOYET
and FRED ARTHUR SCHEID

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAREN ANN PAVONI; PAMELA JOYCE MOYET; and FRED ARTHUR SCHEID, | Case No. CV11-10513-RGK (SPx) |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | Date: October 6, 2015 |
| CHRYSLER GROUP LLC, and DOES 1 through 100, inclusive, | Time: 9:00 a.m. |
| | Courtroom: 850 |
| Defendants | FSC: September 21, 2015 |
| | Trial: October 6, 2015 |

| | |
|---|---|
| 1 | **NOTICE OF SETTLEMENT** |
| 2 | In accordance with the Court's Standing Order and Local Rule 16-15.7, |
| 3 | Plaintiffs hereby submit this Notice of Settlement to notify the Court that the |
| 4 | lawsuit has been settled. Plaintiffs intend to file a Notice of Voluntary Dismissal |
| 5 | before the Pretrial Conference scheduled for September 21, 2015. |

Dated: September 8, 2015

Respectfully submitted,

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By: /s/ *Todd A. Walburg*
    Todd A. Walburg

Brendan P. Glackin (199643)
Todd A. Walburg (213063)
Jordan Elias (228731)
Kevin R. Budner (287271)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs
KAREN ANN PAVONI,
PAMELA JOYCE MOYET
and FRED ARTHUR SCHEID

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California, 94111-3339.

The foregoing document was served via Electronic Case Filing on all parties and their attorneys of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on September 8, 2015.

/s/ *Todd A. Walburg*
Todd A. Walburg