Brendan P. Glackin (Bar No. 199643)
*bglackin@lchb.com*
Todd A. Walburg (Bar No. 213063)
*twalburg@lchb.com*
Jordan Elias (Bar No. 228731)
*jelias@lchb.com*
Kevin R. Budner (Bar No. 287271)
*kbudner@lchb.com*
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs
KAREN ANN PAVONI,
PAMELA JOYCE MOYET
and FRED ARTHUR SCHEID

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KAREN ANN PAVONI; PAMELA JOYCE MOYET; and FRED ARTHUR SCHEID,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER GROUP LLC, and DOES 1 through 100, inclusive,<br><br>Defendants | Case No. CV11-10513-RGK (SPx)<br><br>**NOTICE OF MOTION AND MOTION FOR RELEASE OF FUNDS DEPOSITED IN COURT REGISTRY**<br><br>Date: October 6, 2015<br>Time: 9:00 a.m.<br>Courtroom: 850<br><br>FSC: September 21, 2015<br>Trial: October 6, 2015 |

Plaintiffs hereby request that the Court order the Clerk of Court to release funds deposited by Plaintiffs in the court registry pending the outcome of Plaintiffs' appeal. On May 13, 2013, after the Court granted summary judgment in favor of Defendant, the Clerk of Court taxed costs against Plaintiffs in the amount of $12,309.40. Doc. 101. Plaintiffs submitted a check in that amount to the Clerk of

| | |
|---|---|
| 1 | Court on August 23, 2013, and requested that the Clerk of Court deposit the check |
| 2 | in the court's registry until the conclusion of Plaintiffs' appeal to the Ninth Circuit |
| 3 | Court of Appeals, Case No. 13-55761. Doc. 103. On June 17, 2015, the Ninth |
| 4 | Circuit reversed the Court's summary judgment order and vacated the award of |
| 5 | costs. Doc 105. Plaintiffs therefore request that the Court direct the Clerk of Court |
| 6 | to release the $12,309.40 back to Plaintiffs at the following address: |

>    Jim Fanucchi, Controller
>    Lieff Cabraser Heimann & Bernstein, LLP
>    275 Battery Street, 29th Floor
>    San Francisco, CA 94111

Dated: September 8, 2015           Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ *Todd A. Walburg*
       Todd A. Walburg

Brendan P. Glackin (199643)
Todd A. Walburg (213063)
Jordan Elias (228731)
Kevin R. Budner (287271)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs
KAREN ANN PAVONI,
PAMELA JOYCE MOYET
and FRED ARTHUR SCHEID

# **CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California, 94111-3339.

The foregoing document was served via Electronic Case Filing on all parties and their attorneys of record.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on September 8, 2015.

/s/ *Todd A. Walburg*
Todd A. Walburg