PHILIP R. COSGROVE (Bar No. 92564)
philip.cosgrove@sedgwicklaw.com
RYAN E. COSGROVE (Bar No. 277907)
ryan.cosgrove@sedgwicklaw.com
**SEDGWICK LLP**
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213.426.6900
Facsimile: 213.426.6921

Attorneys for Defendant
FCA US LLC [f/k/a CHRYSLER GROUP LLC]

BRENDAN P. GLACKIN (Bar No. 199643)
bglackin@lchb.com
TODD A. WALBURG (Bar No. 213063)
twalburg@lchb.com
JORDAN ELIAS (Bar No. 228731)
jelias@lchb.com
KEVIN R. BUDNER (Bar No. 287271)
kbudner@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ANN PAVONI; PAMELA JOYCE MOYET; FRED ARTHUR SCHEID,<br><br>Plaintiffs,<br><br>v.<br><br>CHRYSLER GROUP LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:11 cv-10513-RGK-(SPx)<br><br>**STIPULATION RE DISMISSAL**<br><br>FSC: September 21, 2015<br>Trial: October 6, 2015 |

-1-

IT IS HEREBY STIPULATED by and between Plaintiffs KAREN ANN PAVONI, PAMELA JOYCE MOYET and FRED ARTHUR SCHEID and Defendant FCA US LLC, previously known as CHRYSLER GROUP LLC, through their respective counsel of record, that a full and complete settlement of this action has been reached and that, pursuant to Rule 41 of the Federal Rules of Civil Procedure, the above-entitled action should be dismissed with prejudice as to FCA US LLC, previously known as CHRYSLER GROUP LLC, with each party to the action bearing their own attorneys' fees and costs. This dismissal is not intended to interfere with or in any way interrupt the release of funds deposited in the court registry which was ordered by the Court on September 16, 2015. Doc. 160.

DATED: September 16, 2015     SEDGWICK LLP

By: /s/ Philip R. Cosgrove
    PHILIP R. COSGROVE
    RYAN E. COSGROVE

Attorneys for Defendant
FCA US LLC [f/k/a CHRYSLER GROUP LLC]

DATED: September 16, 2015     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Todd A. Walburg
    TODD A. WALBURG
    BRENDAN P. GLACKIN
    JORDAN ELIAS
    KEVIN R. BUDNER

Attorneys for Plaintiffs
KAREN PAVONI, PAMELA MOYET and FRED SCHEID

-2-

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick LLP, 801 South Figueroa Street, 19th Floor, Los Angeles, CA 90017-5556. On September 16, 2015, I served the within document(s):

**STIPULATION RE DISMISSAL; (PROPOSED) ORDER RE DISMISSAL**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ ELECTRONIC – As addressed to all parties appearing on the Court's ECF service list in this action via the District of California's Court's CM/ECF system, and shall be available for viewing and downloading from the ECF system.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via [delivery method].

| | |
|---|---|
| Todd A. Walburg, Esq.<br>Brendan P. Glackin, Esq.<br>Jordan Elias, Esq.<br>Kevin R. Budner, Esq.<br>LIEFF, CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111 | Attorneys for Plaintiffs<br><br>Tel: (415) 956-1000<br>Fax: (415) 956-1008 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on September 16, 2015, at Los Angeles, California.

_____
Liv Kirchoff

-4-